
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 24-00437-2 |
| ALAN SANCHEZ-HERNANDEZ | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 9th day of October, 2025, came the attorney for the government and the defendant being present with counsel, and

☐ The Court having granted the defendant's motion for judgment of acquittal as to: _____

☐ A jury has been waived, and the Court has found the defendant not guilty as to: _____

☑ The jury has returned its verdict, finding the defendant not guilty as to: **Count 1 of the Indictment**.

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

/s/ Harvey Bartle III
_____ J.

Cc: U.S. Marshal
Probation Office
Counsel

Date: October 9, 2025
By Whom  NDS

Cr 1 (5/21)